# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

**UNITED STATES OF AMERICA**

      v.         Crim. No. 5:11-CR-371-1FL

**TIMOTHY TERRELL SMITHER**

  On August 8, 2012, the above named was placed on a term of supervised release for a period of 36 months. The offender has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

Reviewed and approved,      I declare under penalty of perjury that the foregoing is true and correct.

/s/Jeffrey L. Keller       /s/Maurice J. Foy
Jeffrey L. Keller        Maurice J. Foy
Supervising U.S. Probation Officer   Sr. U.S. Probation Officer
              310 New Bern Avenue, Room 610
              Raleigh, NC 27601-1441
              Phone: 919-861-8678
              Executed On: March 5, 2015

## ORDER OF COURT

  Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

  Dated this __6th__ day of __March__, 2015.

              Louise W. Flanagan
              U.S. District Judge